IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| FEDERICO ALEXIS ALCANTAR-FLORES and LUIS RAUL BERMEO BRAVO, | ) ) ) |
| Petitioners, | ) ) ) Case No. 25-cv-03358-SRB |
| v. | ) ) |
| SAMUEL OLSON, et al., | ) ) |
| Respondents. | ) |

## **ORDER**

Before the Court is Petitioner Federico Alexis Alcantar-Flores ("Alcantar-Flores") and Luis Raul Bermeo Bravo ("Bermeo Bravo") (collectively, "Petitioners") Verified Petition for Writ of Habeas Corpus. (Doc. #1.) For the reasons stated below, the petition is GRANTED.

Alcantar-Florez is a citizen of Mexico. He has resided in the United States since 2022, and is currently detained at the Greene County Jail in Springfield, Missouri. Bermeo Bravo is a citizen of Equador. He has resided in the United States for nearly 25 years, and is currently detained at the Greene County Jail in Springfield, Missouri. Neither Petitioner has any criminal history.

On November 25, 2025, Petitioners filed the pending petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, the Declaratory Judgment Act, 28 U.S.C. § 2201 et seq., and the All Writs Act, 28 U.S.C. § 1651. Petitioners request various forms of relief, including the issuance of a writ of habeas corpus requiring that Respondents immediately release Petitioners (or, in the alternative, to provide Petitioners with a bond hearing pursuant to 8 U.S.C. § 1226(a) within 14 days), enjoin Respondents from moving Petitioners outside the jurisdiction of this Court pending adjudication of this petition, and a declaration that Petitioners' continued

1

detention violates the Immigration and Nationality Act ("INA") and the Due Process Clause of the Fifth Amendment.

On December 1, 2025, Respondents filed their response to the petition, noting for the Court that "the substance of [their] brief is essentially identical to briefs filed with the Court in the past month in similar alien detention cases[.]"[1] (Doc. #6, p. 2.) The Respondents acknowledge that "[t]o the extent that orders have been issued in these[] cases, every order has denied the federal government's motion to dismiss and granted some form of habeas relief." (Doc. #6, p. 2.)

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the cited Courts' rulings. Petitioners are not subject to mandatory detention pursuant to 8 U.S.C. § 1225, and are entitled to a bond hearing pursuant to 8 U.S.C. § 1226.

Accordingly, the Verified Petition for Writ of Habeas Corpus (Doc. #1) is GRANTED to the extent set forth below:

1. Petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and are instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. Respondents must provide each Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within ten (10) days of the date of this Order.

---

[1] *Andres v. Noem, et al.*, No. 25-03321-CV-S-MDH; *Eshdavlatov v. Olson, et al.*, No. 25-00844-CV-S-MDH; *Flores-Espinoza v. Arnott, et al.*, No. 25-00791-CV-W-RK; *Guzman Coa v. Noem, et al.*, No. 25-03323-CV-S-BP; *Hernandez-Cuevas v. Olson, et al.*, No. 25-00830-CV-W-BP; *Ifante v. Noem, et al.*, No. 25-03322-CV-S-MDH; *Mairena-Munguia v. Arnott, et al.*, No. 25-03318-CV-S-MDH; *Morales-Rodriguez v. Arnott, et al.*, No. 25-00836-CV-S-MDH; *Pozos-Ramirez v. Noem, et al.*, No. 25-03316-CV- S-MDH.

3. If Respondents do not provide each Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioners must be immediately released from detention and returned to a reasonable proximity of the geographical location of arrest.

4. Petitioners shall promptly report to the Court any failure to comply with this Order by Respondents.

5. Petitioners may submit an application for fees under the Equal Access to Justice Act within thirty (30) days of the entry of final judgment.

6. It is FURTHER ORDERED that Respondents are enjoined from relocating either Petitioner outside the jurisdiction of this Court prior to complying with this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough  
STEPHEN R. BOUGH  
UNITED STATES DISTRICT JUDGE

Dated: December 2, 2025